IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **GERARDO PINEDA GOMEZ,** | Case No. C 13-1790 LHK (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **GREG LEWIS, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to file a response to merits of the petition shall be extended sixty (60) days to and including December 6, 2013. Petitioner may file a traverse within thirty (30) days of receiving the response.

Dated:  10/30/13     _____
*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

SF2013405575
40779731.doc